# Exhibit B

**UCC-1**



STATE OF NEW YORK
DEPARTMENT OF STATE
ONE COMMERCE PLAZA, 99 WASHINGTON AVENUE
ALBANY, NY 12231-0001

ANDREW M. CUOMO
GOVERNOR

ROSSANA ROSADO
SECRETARY OF STATE

## FILING ACKNOWLEDGMENT
March 14, 2018

GLEN BELL
GREEN BANK, N.A.
2900 NORTH LOOP W., SUITE 200
HOUSTON TX 77092

Attached is the acknowledgment copy of your recently submitted filing. This filing consists of a total of 4 pages; however, only the first page of the filed document is returned as part of this acknowledgment. This document has been filed with the New York State Department of State, Uniform Commercial Code Division.

The Financing Statement has been assigned Filing Number: 201803120116447, Filing Date: 03/12/2018 and is currently reflected in our automated database as follows:

**_Debtor's Name & Address_**

BDFI LLC
1614 SIDNEY BAKER STREET
KERRVILLE TX 78028

**_Secured Party's Name & Address_**

GREEN BANK, N.A.
4000 GREENBRIAR
HOUSTON TX 77098

This filing will lapse on 03/12/2023, unless continued. We encourage filers to take full advantage of the six-month window of opportunity in which to file a Financing Statement Amendment (Continuation). Submission of your documents at the onset of the six-month window will allow ample time to rectify potential filing errors and help to assure timely recording of your filing.

If you have any concerns regarding the way this document is recorded, please contact one of our Customer Service Representatives at (518) 473-2492, or respond in writing to the UCC Data Processing Unit at the address indicated above.

Sincerely,

Uniform Commercial Code Division
Data Processing Unit

REF #: 300591

03/12/2018 MON 10:06 FAX 713 623 6014 Ross Banks ☑002/005

330591   2018 12 AM 11:15

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Glen Bell
Green Bank, N.A.
2900 North Loop W., Suite 200
Houston TX 77092

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1 DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BDFT LLC | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1614 Sidney Baker Street | Kerrville | TX | 78028 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| Not Applicable | | LLC | New York | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| Not Applicable | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Green Bank, N.A. | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4000 Greenbriar | Houston | TX | 77098 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All of the right, title, and interest of Debtor in the note receivable described in Exhibit A attached hereto ("Collateral Note") and the liens and security interest securing same, and insurance proceeds, commercial tort claims, payment intangibles, contract and subcontract rights relating thereto, together with all monies, payments, income, collections and benefits from or attributable or accruing thereto, and all other agreements now existing or hereafter arising that provide collateral security or financial or other support for the payment of the Collateral Note and all accessions, replacements, and substitutions thereto or therefor and the proceeds thereof.

Proceeds of the Collateral are also covered.

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**

4213-291

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**FILING NUMBER: 20180312-0116447**

3 0 0 5 9 1     2018 MAR 12 AM 11: 15

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Glen Bell
Green Bank, N.A.
2900 North Loop W., Suite 200
Houston TX 77092

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1 DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BDPT LLC | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1614 Sidney Baker Street | Kerrville | TX | 78028 | USA |
| ADD'L INFO RE 1e. TYPE OF ORGANIZATION<br>ORGANIZATION<br>DEBTOR LLC | 1f. JURISDICTION OF ORGANIZATION<br>New York | 1g. ORGANIZATIONAL ID #, if any | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| ADD'L INFO RE 2e. TYPE OF ORGANIZATION<br>ORGANIZATION<br>DEBTOR | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Green Bank, N.A. | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4000 Greenbriar | Houston | TX | 77098 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All of the right, title, and interest of Debtor in the note receivable described in Exhibit A attached hereto ("Collateral Note") and the liens and security interest securing same, and insurance proceeds, commercial tort claims, payment intangibles, contract and subcontract rights relating thereto, together with all monies, payments, income, collections and benefits from or attributable or accruing thereto, and all other agreements now existing or hereafter arising that provide collateral security or financial or other support for the payment of the Collateral Note and all accessions, replacements, and substitutions thereto or therefor and the proceeds thereof.

Proceeds of the Collateral are also covered.

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**
4213-291

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**FILING NUMBER: 201803120116447**

## Exhibit "A"

1.    Promissory note in the original principal amount of **$20,000,000.00**, dated **December 30, 2013**, executed by **50 BRIAR HOLLOW, LLC** and originally payable to **Green Bank, N.A.** ("Assignor") and any renewals, extensions, modifications or amendments thereto, said Promissory Note being secured by the liens and security interest described herein, including the Deed of Trust dated **December 30, 2013**, executed by **50 BRIAR HOLLOW, LLC** and recorded under Clerk's File No. **20130647992** of the Official Public Records of Real Property of **Harris** County, Texas, and the UCC Financial Statement recorded under Clerk's File No. **20130648364** of the Official Public Records of Real Property of **Harris** County, Texas and filed under Texas Secretary of State File No. **13-0040500063**, against the real property and improvements thereon and further described in Exhibit "A-1" attached hereto (collectively the "Property"), said liens and security interest, including any vendor's lien (expressed or implied), being referred to herein as the "Liens".

1

**Exhibit B**                    **4/6**

**Exhibit "A-1"**

All that certain 3.1708 acres of land out of Lot 9, Roy B. Nichols Subdivision according to the plat thereof filed at Volume 321, Page 431 Harris County Deed Records being the same property described in a deed dated 09-17-2004 from CAPTAIN'S PORTFOLIO L.P. to RMC 2004 PORTFOLIO I, L.P., filed in the Official Public Records of Harris County, Texas at Clerk File No. X-927647, Film Code No. ▬▬▬▬▬, and being more particularly described by metes and bounds as follows:

BEGINNING at a found 5/8" iron rod marking the southeast corner of the end of Emmet Lane (30' wide) also being the most southerly southwest corner of Briar Hollow, according to the plat thereof filed at Volume 32, Page 61 Harris County Map Records;

THENCE S 89° 56' OCT E - 457.91 ', with the south line of said Briar Hollow, to a found 5/8" iron rod with cap for corner;

THENCE along the centerline meanders of Briar Hollow Gully the following ten (10) courses and distances:

S 04° 18' 21" W - 75.54' to a found 5/8" iron rod with cap for angle point;
S 70° 53' 35" W - 28.65' to a called and found 1-1/4" iron pipe for angle point;
S 51° 01' 16" W - 71.17' to a called and found 1-1/4" iron pipe for angle point;
S 12° 39' 40" E - 80.46' to a found 5/8" iron rod with cap for angle point;
S 24° 34' 52" W - 15.47' to a found 5/8" iron rod with cap for angle point;
S 59° 41' 53" W - 15.1 O' to a found 5/8" iron rod with cap for angle point;
S 84° 15' 45" W - 11.90' to a found 5/8" iron rod with cap for angle point
N 65° 48' 54" W - 29.20' to a called and found 1-1/4" iron pipe for angle point;
N 89° 36' 28" W - 53.02' to a found 5/8" iron rod with cap for angle point;
S 7 4° 28' 23" W - 77 .11' to a found 5/8" iron rod with cap for corner;

THENCE N 25° 50' 33" W - 77.33', with the south line of that certain 3.2309 acre tract as described in a Substitute Trustee's Deed dated 1-3-1989 from Mark D. Stout, Substitute Trustee to New England Mutual Life Insurance Company filed in the Official Public Records of Real Property of Harris County, Texas at Clerk File No. L-995411, Film Code No. ▬▬▬▬, to a found 5/8" iron rod with cap for corner;

THENCE N 78° 28' 22" W - 97.76', continuing with the south line of said 3.2309 acre tract, to a found 5/8" iron rod for angle point;

THENCE N 89° 39' 54" W - 113.14', continuing with the south line of said 3.2309 acre tract, to a found 5/8" iron rod with cap for angle point;

THENCE N 89° 56' 00" W - 348.00', continuing with the south line of said 3.2309 acre tract, to a found 5/8" iron rod with cap for corner;

2

**Exhibit B**                                          **5/6**

03/12/2018 MON 10:07 FAX 713 623 6014 Ross Banks                                    ☒005/005

THENCE N 01° 21' 00" E -140.00', with the east right-of-way line of Briar Hollow Lane (60' wide), to a found 5/8" iron rod with cap for corner;

THENCE N 45° 42' 30" E - 14.30', with a cut-back corner for Emmet Lane, to a found 5/8" iron rod for corner;

THENCE S 89° 56' OCT' E - 374.89', with the south right-of-way line of said Emmet Lane, to the POINT OF BEGINNING and containing 3.1708 acres (138,119 square feet) of land, more or less.

3