# Exhibit D

**Certificate of Merger**



# THE STATE OF TEXAS
## TEXAS DEPARTMENT OF BANKING

### CERTIFICATE OF MERGER

The undersigned, as the Director of Corporate Activities, hereby certifies that the attached Certificate of Merger of

**Green Bank, N.A.**
Houston, Texas
National Banking Association
with and into
**Veritex Community Bank**
Dallas, Texas
State Banking Association
Charter Number 3203-26

has been received in this office and found to conform to law.

ACCORDINGLY, the undersigned, acting for the Banking Commissioner, and by virtue of the authority vested in the Banking Commissioner by law, hereby issues this Certificate of Merger.

Issuance of this Certificate of Merger does not authorize the use of a corporate name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Effective:    January 1, 2019, at 12:03 a.m.



Daniel B. Frasier, Director of Corporate Activities

**Exhibit D**                                                                 **1/1**