# Exhibit G

**Debtor's TRO Application**

No. _____

| | | |
|---|---|---|
| **GALLERIA WEST LOOP INVESTMENTS, LLC** | § § § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § § § | |
| **v.** | § § | **HARRIS COUNTY, TEXAS** |
| **VERITEX COMMUNITY BANK** its assigns and/or successors in interest | § § § § | |
| **Defendant.** | § | **_____ JUDICIAL DISTRICT** |

### PLAINTIFF'S ORIGINAL PETITION AND EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND DAMAGES

**TO THE HONORABLE COURT:**

Galleria West Loop Investments, LLC Plaintiff, complains of Veritex Community Bank, its assigns and/or successors in interest, hereinafter referred to individually or collectively as "Defendant", and for cause of action shows:

### 1. Selection of Discovery Level

The plaintiff pleads that discovery should be conducted in accordance with a discovery control plan under Civil Procedure Rule 190.

### 2. Statement of Relief Sought

The plaintiff seeks monetary relief within the jurisdictional limits of the court and non-monetary relief.

### 3. Parties and Service of Citation

Plaintiff, Galleria West Loop Investments, LLC, is a limited liability company whose principal place of business is in Harris County, Texas. The Defendant is a corporation who holds a lien against the subject property located in Harris County and may be served with

citation to its registered agent Capitol Corporate Services, Inc., 1501 S. Mopac Expy, Ste. 220, Austin, Texas 78746.

## 4. Facts

Veritex Community Bank ("Defendant") is the successor in interest to the promissory note executed by BDFI, LLC and Green Bank, N.A., that is secured by the property located at 50 Briar Hollow Lane, Houston, Texas 77027 ("Property"). Defendant has posted Plaintiff's Property for foreclosure, but did not send Notice of Foreclosure to the Plaintiff before setting the Property for the January 3, 2023 foreclosure sale.

Plaintiff was attempting to sell the Property, but there were some title issues that needed to be resolved in order to close the sale. Plaintiff and Defendant had several discussions regarding the title issues and Plaintiff's desire to sell the Property. Defendant was instrumental in the efforts to have Plaintiff foreclose on its lien against the Property in order to clear up the title issues preventing the sale of the Property to a third party.

Plaintiff did indeed foreclose on the Property, and the foreclosure conducted by the Plaintiff did appear to clear up the title issues. After the title issues were seemingly resolved by Plaintiff's foreclosure, but before Plaintiff could close the sale to a third party as planned, Defendant posted the Property for its own foreclosure sale and is now attempting to conduct its own foreclosure sale before Plaintiff has an opportunity to sell the Property to a third party as previously planned.

Defendant was an active participant in Plaintiff's ultimate decision to foreclose on the Property to resolve title issues. Defendant is aware that Plaintiff is the current owner of the Property. However, Defendant did not provide Plaintiff with proper notice of the foreclosure

**2** | PLAINTIFF'S ORIGINAL PETITION AND EMERGENCY APPLICATION FOR TRO

sale, and if allowed to conduct the foreclosure sale, with deprive Plaintiff of any equity it has in the Property.

### 5. Tortious Interference with a Contract

All paragraphs above are incorporated by reference as if fully stated herein.

To recover for tortious interference with an existing contract, the Plaintiff must have a valid contract where the Defendant willfully and intentionally interfered with the contract which proximately caused the plaintiff actual damage or loss and injury. Prudential Ins. V. Financial Rev. Servs., 29 S.W. 3d 74, 77 (Tex. 2000).

The Plaintiff had a valid sales contract and the Defendant's scheduled foreclosure sale has willfully and intentionally interfered with the contract by preventing Plaintiff from selling the Property and realizing any equity from the sale of the Property.

The Defendant's interference proximately caused the Plaintiff's injury where the Plaintiff has incurred actual damage or loss.

Plaintiff can recover actual, exemplary, prejudgment and post-judgment interest, and court costs as a result of Defendant's interference that caused the Plaintiff substantial losses.

### 6. Tortious Interference with Prospective Relations

All Paragraphs above are incorporated by reference as if fully stated herein.

In Texas, a cause of action for tortious interference with prospective Relations is recoverable if there was a reasonable probability that the Plaintiff would have entered into a business relationship with a third person, the Defendant intentionally interfered with the prospective relationship, the Defendant's conduct was independently tortious or unlawful, and the Plaintiff suffered injuries and actual damage or loss that was proximately caused by the Defendant. Baty v. ProTech Ins. Agency, 63 S.W. 3d 841, 859-60 (Tex.App. —Houston

[14th Dist.] 2001, pet. denied).

Defendant is liable for tortious interference with Prospective Relations because there was a reasonable probability that the Plaintiff would have entered into a business relationship with a third person to sell the Property and the Defendant's intentionally interfered with the relationship, but posting the Property for foreclosure without proper Notice in an effort to prevent the Plaintiff from realizing any equity from the Property after Defendant was a key player in having the Plaintiff clear up the title issues on the Property.

Defendant's independently tortious or unlawful conduct proximately caused the Plaintiff's injury.

### 7. Unjust Enrichment

Alternately, Plaintiff pleads in the alternative if necessary, a cause of action against Defendant for quantum meruit or unjust enrichment and all Paragraphs above are incorporated by reference as if fully stated herein.

Plaintiff foreclosed upon the Property in an effort to clear up certain title issues that were preventing the sale of the Property. As a direct result of Plaintiff's foreclosure, certain title issues were resolved and a title commitment policy was to issue, allowing a sale of the Property to be consummated. Defendant now intends to foreclose on the Property and benefit from Plaintiff's prior efforts to clear certain title issues concerning the Property. As a direct and proximate result of Defendant's foreclosure sale scheduled for January 3, 2023 at 12pm, Plaintiff will lose any equity it has in the Property. Plaintiff reasonably expected that Defendant would allow it more time to sell the Property, considering Defendant was instrumental in Plaintiff's acquisition of the Property by way of a prior foreclosure to resolve title issues.

## 8. Plaintiff's Injuries and Damages

The Plaintiff has and will continue to be damaged and injured by Defendant's conduct in as much as he has had to incur attorney's fees and costs to defend against the wrongful foreclosure and will lose its Property if the foreclosure sale is completed.

## 9. Preliminary and Permanent Injunctive Relief

a. The Plaintiff requires injunctive relief to prevent the Defendant from improperly and wrongfully foreclosing on his property.

b. The Plaintiff has alleged a cause of action against the Defendant, and as indicated in this petition, the Plaintiff has shown a probable right of recovery and likelihood of success on the merits, the Plaintiff will suffer imminent, irreparable harm without Court intervention, and there is no adequate remedy at law.

c. As a direct and proximate result of the Defendant's wrongful actions as alleged in this petition, the Plaintiff has suffered and will continue to suffer imminent injury that will be irreparable and for which no remedy at law exists without the protections of a temporary restraining order and injunctive relief. There is no necessity for a bond to facilitate the injunctive relief requested.

d. The only adequate, effective, and complete relief to the Plaintiff is to restrain the Defendant from further engaging in certain proscribed activities, as set forth below. Pursuant to Tex. R. Civ. P. 680 et seq. and Tex. Civ. Prac. & Rem. Code § 65.001 et seq., and in order to preserve the status quo during the pendency of this action, the Plaintiff seek a temporary restraining order, and on hearing, a temporary and permanent injunction, ordering and immediately restraining the Defendant, including the Defendant's agents, servants, employees,

independent contractors, attorneys, representatives, and those persons or entities in active concert or participation with them (collectively, the "Restrained Parties") as follows:

(1) Enjoining the Defendant from foreclosing on the property located at 50 Briar Hollow Lane, Houston, Texas 77027 or otherwise denying access thereto.

(2) Mandating that the Defendant provide Plaintiff with notice of any future foreclosure.

**WHEREFORE**, the Plaintiff respectfully pray for the following relief:

1. A temporary restraining order, and upon hearing, a preliminary injunction for the relief requested above;

2. Upon final trial, judgment against the Defendant for full permanent injunctive relief, and for the full amount of the Plaintiff's actual damages as found by the trier of fact as a consequence of the Defendant's conduct;

3. Prejudgment interest as provided by law;

4. Postjudgment interest as provided by law;

5. The Plaintiff's reasonable and necessary attorneys' fees in prosecuting its claim(s) through trial and, if necessary, through appeal;

6. All costs of suit; and

7. Such other and further relief, at law or in equity, to which the Plaintiff may show itself justly entitled.

Respectfully Submitted:

/s/ James Q. Pope
James Q. Pope
TBN: 24048738
The Pope Law firm
6161 Savoy Drive, Suite 1125
Houston, Texas 77036
Ph: 713-449-4481 / Fx: 281-657-9693
jamesp@thepopelawfirm.com

RP-2022-519250
10/21/2022 ER $22.00

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURTY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

<u>**SUBSTITUTE TRUSTEE'S DEED**</u>

I, Manfred Sternberg, as Substitute Trustee under the Deed of Trust hereinafter described, in consideration of the sum of Ten Dollars and other good and valuable consideration paid by Galleria West Loop Investments, LLC, hereby grant, sell, and convey to Galleria West Loop Investments, LLC , its successors and assigns forever, all that real property situated in the county of Harris, Texas, described as follows:

> All that certain 3.1708 acres of land out of Lot 9, Roy B. Nichols Subdivision according to the plat thereof filed at Volume 321, Page 431 Harris County Deed Records being the same property described in a deed dated 09-17-2004 from CAPTAIN'S PORTFOLIO L.P. to RMC 2004 PORTFOLIO I, L.P., filed in the Official Public Records of Harris County, Texas, at Clerk File No. X-927647, Film Code No. 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, more commonly known as 50 Briar Hollow Lane, Houston, Texas 77027.

with all the rights and appurtenances thereto. I also hereby bind BDFI, LLC, its successors, personal representatives, successors, and assigns, forever to warrant and defend this real property against all persons claiming it.

This conveyance is made pursuant to the powers conferred on me by the Deed of Trust dated August 8, 2018 by and between BDFI, LLC, Grantor, in which Galleria West Loop Investments, LLC is the Lender and Xenia Biggs is the Trustee, filed and recorded on December 20, 2018 under File Number RP-2018-568982 of the Official Public Records of Real Property of Harris County, Texas and referred to in this instrument as the Deed of Trust.

The sale of the property was conducted in strict accordance with law and with the terms of the Deed of Trust. All the conditions and prerequisites to the sale were performed.

The property was sold because debtor BDFI, LLC defaulted in the obligations of the promissory note dated August 8, 2018, in the original principal amount of $8,000,000.00, which the Deed of Trust was given to secure. The nature of this default, which existed at the time of sale, was failure to make the payments on the note when due. The entire principal and interest due on the note at the time of the sale was unpaid.

Galleria West Loop Investments, LLC, made due demand on me as Substitute Trustee to sell the property pursuant to the terms of the Deed of Trust. Twenty-one days before the date of the sale, a Notice of Substitute Trustee's Sale, giving the time and place of sale, was properly posted, filed, and sent to debtor obligated to pay the debt. The property was sold at public auction on

1

EXHIBIT 1

Tuesday October 4, 2022 in Harris County, Texas, the county in which the property is situated, in full accordance with law and the terms of the Deed of Trust. The subject sale was conducted at 11:20 am as set forth in the Notice of Substitute Trustee's Sale and was concluded at 11:27 am. Galleria West Loop Investments, LLC was the highest bidder at the sale.

The beneficiary of this deed of trust appointed and substituted me as trustee under this deed of trust by a substitution dated September 10, 2022. As Substitute Trustee, I am vested with and succeed to all the powers and duties given to the original trustee.

Dated: October 2 /, 2022

MANFRED STERNBERG, Substitute Trustee

**STATE OF TEXAS**

**COUNTY OF HARRIS**

### ACKNOWLEDGMENT

Before me, the undersigned Notary Public, on this day personally appeared MANFRED STERNBERG, as Substitute Trustee, known to me or provided to me through a valid State driver's license, to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the instrument for the purposes and considerations expressed in it.

Given under my hand and seal of office on October 2 /, 2022.

Notary Public in and for the State of Texas

CHARLES HABEEB MANSOUR
Notary Public, State of Texas
Comm. Expires 05-21-2026
Notary ID 124136773

UNOFFICIAL COPY

RETURN TO:

Manfred Sternberg & Associates, PC
Attorney at Law
Attn: Manfred Sternberg
1700 Post Oak Blvd.
Suite 600
Houston, TX 77056

2

**Exhibit G** **8/35**

UNOFFICIAL COPY

RP-2022-519250

\# Pages 3

10/21/2022 01:16 PM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees  $22.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS





# Franchise Tax Account Status

As of : 01/02/2023 18:38:25

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| GALLERIA WEST LOOP INVESTMENTS, LLC | |
|---|---|
| **Texas Taxpayer Number** | 32066410716 |
| **Mailing Address** | 1001 WEST LOOP S STE 700 HOUSTON, TX 77027-9033 |
| **❷ Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 03/02/2018 |
| **Texas SOS File Number** | 0802950907 |
| **Registered Agent Name** | LEGAL REGISTERED AGENT SERVICES, INC. |
| **Registered Office Street Address** | 5900 BALCONES DRIVE, SUITE 100 AUSTIN, TX 78731 |

**EXHIBIT 2**

# KANE RUSSELL ◥
# COLEMAN LOGAN

December 12, 2022

**CERTIFIED MAIL – RETURN RECEIPT
REQUESTED NO. 7014 1200 0002 0963 1385,
FEDERAL EXPRESS AND EMAIL**
BDFI, LLC
1001 West Loop South
Suite 700
Houston TX 77027
Attention: Ali Choudhri

**CERTIFIED MAIL – RETURN RECEIPT
REQUESTED NO.
FEDERAL EXPRESS AND EMAIL**
GALLERIA WEST LOOP INVESTMENTS,
LLC
1001 West Loop South
Suite 700
Houston TX 77027
Attention: Ali Choudhri

**CERTIFIED MAIL – RETURN RECEIPT
REQUESTED NO. 7014 1200 0002 0963 1392,
FEDERAL EXPRESS AND EMAIL**
Ali Choudhri
c/o BDFI, LLC
1001 West Loop South
Suite 700
Houston TX 77027

Re:  $18,068,906.42 promissory note (the "Note"), dated March 9, 2018, executed by BDFI LLC, a New York limited liability company ("Borrower"), payable to the order of Veritex Community Bank, a Texas state bank ("Lender"), successor in interest by merger to Green Bank, N.A., a national banking association ("Original Lender"), secured by land located in Harris County, Texas and certain personal property, which Lender has been informed is currently owned by Galleria West Loop Investments, LLC, a Texas limited liability company ("Current Land Owner")

Ladies and Gentlemen:

We represent and are contacting you at the request and on behalf of Lender, in connection with the Note, advanced pursuant to that certain loan agreement executed by Borrower and Original Lender, dated March 9, 2018 (the "Original Loan Agreement"), as modified by that certain Modification, Renewal and Extension Agreement, dated effective December 30, 2018, and recorded under Document No. 2019-16298 of the Real Property Records of Harris County, Texas (the "Records") (the "First Modification Agreement"), as further modified by that certain Second Modification, Renewal and Extension Agreement, dated effective March 30, 2019, and recorded under Document No. 2019-187972 of the Records (the "Second Modification Agreement"; and the Original Loan Agreement as modified by the First Modification Agreement and the Second Modification Agreement is hereinafter referred to as the "Loan Agreement"), and secured by, among other things: (i) that certain deed of trust and security agreement (the "Deed of Trust"), dated August 8, 2018, executed by Borrower for the benefit of Original Lender and recorded as Document No. 2018-362993 in the Records, encumbering the Property (as described and defined therein), (ii) that certain Security Agreement and Uniform Commercial Code Financing

Dallas
901 Main Street
Suite 5200
Dallas, Texas 75202
214.777.4200

Houston
5151 San Felipe Street
Suite 800
Houston, Texas 77056
713.425.7400

9757511 v1 (70859.00050.000)

BDFI LLC
Ali Choudhri
December 12, 2022
Page 2

Statement–UCC1 executed by Borrower in favor of Original Lender (the "Security Agreement"), and (iii) that certain limited guaranty, dated April 30, 2020, executed by Guarantor for the benefit of Lender (the "Guaranty").

As you have previously been advised by letter from the undersigned on behalf of Lender, installments of principal and interest which are currently due and payable have not been paid. As you are also aware, the loan evidenced by the Note has matured by its own terms and is fully due and payable. As a result of such maturity and non-payment, the Note and the Deed of Trust are in default and such default remains uncured. This letter constitutes formal notice of Borrower's default, Lender's demand for payment and notice of foreclosure.

As a result of such of the existence and continuance of such default, demand is hereby made by Lender upon Borrower for immediate payment in full of the entire unpaid principal balance of the Note, plus accrued and unpaid interest thereon, all unreimbursed protective advances made by Lender in accordance with the terms of the Deed of Trust and the costs and attorney's fees of Lender (collectively, the "Indebtedness").

By copy of this letter, Lender also notifies Guarantor that the Note has matured and is fully due and payable. In accordance with Lender's rights under the Guaranty, Lender, in addition to Borrower, hereby demands that Guarantor pay the guaranteed portion of the Indebtedness due and owing under the Note and Deed of Trust.

You may obtain information about the specific amounts currently due and payable by contacting Lender. Lender's contact information is:

Michael Carp, Executive Vice President
Veritex Community Bank
8214 Westchester Drive, Suite 800
Dallas, Texas 75225
Telephone: 214-722-4835
Email: mcarp@veritexbank.com

Notice is hereby given that the Property (as defined below) will be posted for foreclosure and enclosed as Exhibit A is a copy of a Notice of Sale by Substitute Trustee (the "Notice") pertaining to the foreclosure of certain real and other property (collectively, the "Property") located in Harris County, Texas. The Notice will be posted on December 12, 2022 at the Harris County Family Law Center, Harris County, Texas, and a copy of the Notice will be filed in the office of the County Clerk of Harris County, Texas. In the event that (a) Lender has not received on or before 5:00 p.m. Houston, Texas time, on Friday, December 30, 2022 a (i) a cash payment in the amount of the "Total Amount Due" plus all per diem interest as set forth in that certain payoff letter dated December 12, 2022 prepared by Lender, a copy of which is attached hereto as Exhibit B (the "Payoff Letter"), via wire transfer of good U.S. funds to the wire address set forth in the Payoff Letter together with (ii) Lender's receipt, at its office at 8214 Westchester Drive, Suite 800, Dallas, Texas 75225, of the release instrument attached hereto as Exhibit C originally executed by, and notarized for, Borrower, Guarantor and Current Land Owner or (b) the Indebtedness is not

9757511 v1 (70859.00050.000)

**Exhibit G**      **12/35**

BDFI LLC
Ali Choudhri
December 12, 2022
Page 3

fully paid via wire transfer of good U.S. funds to the wire address set forth on Exhibit D attached hereto on or before 11:59 a.m., Houston, Texas time, Tuesday, on January 3, 2023, the foreclosure sale specified in the Notice, as authorized by the Deed of Trust, will take place on Tuesday, January 3, 2023, between the hours of 12:00 p.m. and 4:00 pm, Houston, Texas time, at that area designated for such sales by Resolutions of the Commissioner's Court of Harris County, Texas.

The Property will be sold for cash to the highest bidder. In the event the property secured by the Deed of Trust is sold at foreclosure for an amount insufficient to satisfy the entire unpaid balance of principal and accrued interest, trustee's fees, attorney's fees, and expenses incurred in connection with the foreclosure Borrower will be liable for the deficiency.

Please refer to the Notice for additional information regarding the sale. In the event of any inconsistency between the Notice and anything contained herein, the Notice will govern.

If any party who receives this letter is a debtor in a bankruptcy proceeding subject to the provisions of the United States Bankruptcy Code (Title 11 of the United States Code) ("Code"), this letter is merely intended to be written notice that formal demand has been made in compliance with the Deed of Trust and applicable law. This letter is not an act to collect, assess or recover a claim against that party, nor is this letter intended to violate any provisions of the Code. Any and all claims that Lender asserts against that party will be properly asserted in compliance with the Code in the bankruptcy proceeding. In addition, all of Lender's claims, demands and accruals regarding the Note and Deed of Trust, whenever made, and whether for principal, interest or otherwise, are intended to comply in all respects, both independently and collectively, with all applicable usury laws, and are accordingly limited so that no applicable usury laws are violated.

**THE UNDERSIGNED ATTORNEY IS ATTEMPTING TO COLLECT THE DEBT EVIDENCED BY THE NOTE, AND ANY INFORMATION OBTAINED BY THE UNDERSIGNED ATTORNEY WILL BE USED FOR THAT PURPOSE.**

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

Nothing contained in this letter is intended to waive any default or event of default, waive any rights, remedies, or recourses available to Lender, or be an election of remedies resulting from any default or event of default that may exist with respect to the Note or Deed of Trust.

If you have any questions or comments, do not hesitate to have your counsel contact the undersigned at the direct dial telephone number referred to above.

9757511 v1 (70859.00050.000)

BDFI LLC
Ali Choudhri
December 12, 2022
Page 4

Yours very truly,

KANE RUSSELL COLEMAN LOGAN PC

By: _____
Charles E. Aster

CEA
Michael Carp, via Email/Enclosures

9757511 v1 (70859.00050.000)

**Exhibit G**         **14/35**

BDFI LLC
Ali Choudhri
December 12, 2022
Page 5

## EXHIBIT A

**Notice of Sale by Substitute Trustee**
(attached hereto on following page)

9757511 v1 (70859.00050.000)

STATE OF TEXAS      §
§
COUNTY OF HARRIS      §

## NOTICE OF SUBSTITUTE TRUSTEE'S SALE

        ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.

Notice is hereby given that a public sale, at auction, of the Property (as that term is defined in the Deed of Trust and as used herein) will be held at the date, time and place specified in this notice.

**DATE, TIME AND PLACE OF SALE:** Tuesday, January 3, 2023 (which is the first Tuesday of that month) between the hours of 12:00 p.m. and 4:00 p.m. (Harris County, Texas time). The sale will take place at the Bayou City Event Center located at 9401 Knight Road, Houston, Texas 77045, in the area designated by the Commissioners' Court of Harris County, Texas.

**INDEBTEDNESS PROMPTING SALE:** That certain promissory note in the original principal amount of $18,068,906.42 (together with all renewals, extensions, modifications and replacements thereof, collectively the "**Note**"), dated March 9, 2018, executed by BDFI LLC, a New York limited liability company ("**Borrower**"), payable to the order of Veritex Community Bank, a Texas state bank ("**Lender**"), successor in interest by merger to Green Bank, N.A., a national banking association ("**Original Lender**").

**DEED OF TRUST AND SECURITY INTERESTS CREATING LIEN THAT IS THE SUBJECT OF SALE:** That certain deed of trust and security agreement, dated August 8, 2018, executed by Borrower, as grantor ("**Grantor**"), to Geoffrey D. Greenwade, as trustee ("**Trustee**"), for the benefit of Lender, recorded August 9, 2018, as Instrument No. RP- 2018- 362993 in the Official Public Records of Harris County, Texas, granting a lien and security interest on real and personal property described in such deed of trust (together with all extensions, modifications and replacements thereof, collectively the "**Deed of Trust**").

**OWNER AND HOLDER OF INDEBTEDNESS AND SECURITY INSTRUMENT:** Lender is the sole legal owner and holder of the Note and Deed of Trust and all beneficial interests, rights and remedies under the Note and Deed of Trust and all other written documents, instruments, or agreements executed, delivered, made or entered into in connection with the Note and Deed of Trust (collectively, the "**Loan Documents**").

**PROPERTY BEING SOLD:** The real property is situated in Harris County, Texas (the "**Land**"), together with all improvements and all other property more fully described in the Deed of Trust (collectively, the "**Property**"), the Land being described as set forth on **Exhibit A** hereto.

Notice of Substitute Trustee's Sale      1      9757526 v1 (70859.00050.000)

**SUBSTITUTE TRUSTEE CONDUCTING THE SALE**: Lender has appointed **CHARLES E. ASTER, GORDON B. RUSSELL** AND **JOHN W. DELANEY** (each of whose address is 901 Main Street, Suite 5200, Dallas, Texas, 75202 / Phone: (214) 777-4200), **FORREST M. SMITH III**, and **ADRIENNE COLLINS** (each of whose address is 5151 San Felipe Street, Suite 800, Houston Texas 77056 / Phone: (713) 425-7400) (collectively "**Substitute Trustees**" or severally, a "**Substitute Trustee**"), each of whom may act alone, without the necessity of joinder of any other Substitute Trustee in the place and stead of, and to succeed to all the rights, titles, powers and estates granted under the Deed of Trust to, the Trustee to act under and by virtue of the Deed of Trust to sell the Property for cash and that the proceeds of such sale be applied in accordance with the provisions of the Deed of Trust, the other Loan Documents and under applicable law. Therefore, on the date and at the time and place set forth above, Substitute Trustee will sell the Property to the highest bidder for cash pursuant to the terms of the Deed of Trust and applicable law, subject to the right of Lender to enter a credit bid on the Property, and further subject to the right of Lender to direct Substitute Trustee to postpone and resume the foreclosure sale or to cancel the foreclosure sale in its sole and absolute discretion.

**PURSUANT TO SECTION 51.009 OF THE TEXAS PROPERTY CODE, THE MORTGAGED PROPERTY WILL BE SOLD AND CONVEYED BY THE SUBSTITUTE TRUSTEE "AS IS," AND THE PURCHASER AT THE FORECLOSURE SALE SHALL ACQUIRE THE FORECLOSED PROPERTY AT THE PURCHASER'S OWN RISK AND "AS IS" AND WITHOUT ANY EXPRESS OR IMPLIED WARRANTIES, EXCEPT AS TO THE WARRANTY OF TITLE GIVEN TO THE PURCHASER BY AND ON BEHALF OF THE GRANTOR OF THE DEED OF TRUST, ITS SUCCESSORS, ASSIGNS, HEIRS AND LEGAL REPRESENTATIVES BY VIRTUE OF AND PURSUANT TO THE AUTHORITY CONFERRED BY THE DEED OF TRUST, ANY SUCH OTHER WARRANTIES BEING EXPRESSLY DISCLAIMED; AND SUCH PURCHASER IS AND SHALL NOT BE A CONSUMER.**

**IN WITNESS WHEREOF**, this Notice of Substitute Trustee's Sale has been executed on the 9th day of December , 2022.

_____
Charles E. Aster, Substitute Trustee

STATE OF TEXAS     §
                         §
COUNTY OF DALLAS    §

The foregoing instrument was acknowledged before me on the 9th day of December, 2022, by Charles E. Aster, as Substitute Trustee.


MICHELLE SIMS
ID #3891186
My Commission Expires
September 12, 2026

_____
Notary Public, State of Texas

## EXHIBIT A

## LEGAL DESCRIPTION OF PROPERTY

All that certain 3.1708 acres of land out of Lot 9, Roy B. Nichols Subdivision according to the plat thereof filed at Volume 321, Page 431 Harris County Deed Records being the same property described in a deed dated 09-17-2004 from CAPTAIN'S PORTFOLIO L.P. to RMC 2004 PORTFOLIO I, L.P., filed in the Official Public Records of Harris County, Texas at Clerk File No. X-927647, Film Code No. 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, and being more particularly described by metes and bounds as follows:

BEGINNING at a found 5/8" iron rod marking the southeast corner of the end of Emmet Lane (30' wide) also being the most southerly southwest corner of Briar Hollow, according to the plat thereof filed at Volume 32, Page 61 Harris County Map Records;

THENCE S 89° 56' OCT' E - 457.91 ', with the south line of said Briar Hollow, to a found 5/8" iron rod with cap for corner;

THENCE along the centerline meanders of Briar Hollow Gully the following ten (10) courses and distances:

> S 04° 18' 21" W - 75.54' to a found 5/8" iron rod with cap for angle point;
> S 70° 53' 35" W - 28.65' to a called and found 1-1/4" iron pipe for angle point;
> S 51° 01' 16" W - 71.17' to a called and found 1-1/4" iron pipe for angle point;
> S 12° 39' 40" E - 80.46' to a found 5/8" iron rod with cap for angle point;
> S 24° 34' 52" W - 15.47' to a found 5/8" iron rod with cap for angle point;
> S 59° 41' 53" W - 15.1 O' to a found 5/8" iron rod with cap for angle point;
> S 84° 15' 45" W - 11.90' to a found 5/8" iron rod with cap for angle point
> N 65° 48' 54" W - 29.20' to a called and found 1-1/4" iron pipe for angle point;
> N 89° 36' 28" W - 53.02' to a found 5/8" iron rod with cap for angle point;
> S 7 4° 28' 23" W - 77 .11' to a found 5/8" iron rod with cap for corner;

THENCE N 25° 50' 33" W - 77.33', with the south line of that certain 3.2309 acre tract as described in a Substitute Trustee's Deed dated 1-3-1989 from Mark D. Stout, Substitute Trustee to New England Mutual Life Insurance Company filed in the Official Public Records of Real Property of Harris County, Texas at Clerk File No. L-995411, Film Code No. 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, to a found 5/8" iron rod with cap for corner;

THENCE N 78° 28' 22" W - 97.76', continuing with the south line of said 3.2309 acre tract, to a found 5/8" iron rod for angle point;

THENCE N 89° 39' 54" W - 113.14', continuing with the south line of said 3.2309 acre tract, to a found 5/8" iron rod with cap for angle point;

THENCE N 89° 56' 00" W - 348.00', continuing with the south line of said 3.2309 acre tract, to a found 5/8" iron rod with cap for corner;

THENCE N 01° 21' 00" E -140.00', with the east right-of-way line of Briar Hollow Lane (60' wide), to a found 5/8" iron rod with cap for corner;

THENCE N 45° 42' 30" E - 14.30', with a cut-back corner for Emmet Lane, to a found 5/8" iron rod for corner;

THENCE S 89° 56' OCT' E - 374.89', with the south right-of-way line of said Emmet Lane, to the POINT OF BEGINNING and containing 3.1708 acres (138,119 square feet) of land, more or less.

BDFI LLC
Ali Choudhri
December 12, 2022
Page 6

## EXHIBIT B

**Payoff Letter**
(attached hereto on following page)

VERITEX COMMUNITY BANK
 Loan Operations
2900 N Loop West Ste 200
Houston, Tx 77092

Request date: 12/12/22
Sent by:        _ Mail _ E-mail
(check one)     _ Facsimile

LOAN INFORMATION

MORTGAGOR: BDFI LLC

Next payment due date:   7/30/22
Loan Number:300710450

COLLATERAL:50 BRIAR HOLLOW LANE
          HOUSTON        TX    770270000

AMOUNT DUE

THIS STATEMENT REFLECTS THE TOTAL AMOUNT DUE UNDER THE TERMS OF THE
NOTE/SECURITY INSTRUMENT THROUGH THE CLOSING DATE WHICH IS 12/12/22.
If this obligation is not paid in full by this date, then you should
obtain from us an updated payoff amount before closing.

Total Principal, Interest and other amounts due under the
Note/Security Instrument:
Unpaid Principal Balance      18,564,709.66
Interest through 12/12/22      1,222,068.34
Minimum interest charge                0.00
Late charges                       5,307.10
Prepayment penalty                     0.00
Total fees due                    64,432.57
DEDUCTION                     (4,900,000.00)
Escrow in Payoff                       0.00
Amortized suspense                     0.00

   TOTAL AMOUNT DUE            14,956,517.67

If loan has a quotable per diem interest, then Funds received
after 12/12/22 will be subject to an additional $3,867.64
of interest per day. FUNDS MUST BE RECEIVED BY 4:00 PM CT
FOR SAME-DAY PROCESSING. PAYOFFS ARE NOT POSTED ON WEEKENDS
OR HOLIDAYS. INTEREST WILL BE ADDED TO THE ACCOUNT FOR THESE DAYS.

Release of Lien processing:
 Please include lien release with payoff.

WHERE TO SUBMIT PAYOFF FUNDS

By Wire:
Beneficiary Name:
Beneficiary Receiving Bank: Veritex Community Bank
Beneficiary Bank ABA: 111024164
Beneficiary Bank account: 3300247486
Special Information to Beneficiary:
 REF: Mortgagor Name Listed Above
By overnight Delivery:
VERITEX COMMUNITY BANK
Attention: Loan Operations
2900 N Loop West Ste 200
Houston, Tx 77092

LEGAL NOTICES

**Exhibit G**                              **21/35**

TEXAS FINANCE CODE § 343.106 REQUIRES PAYOFF STATEMENT CONTAIN
CLOSING DATE AND DATE THROUGH WHICH PAYOFF AMOUNT IS VALID.
THESE REQUIREMENTS CANNOT BE DELETED FROM PAYOFF STATEMENT.

TEXAS FINANCE CODE § 343.106 REQUIRES THE IMPLEMENTING RULE
TO ALLOW MORTGAGE SERVICERS AT LEAST SEVEN (7) BUSINESS DAYS
FROM THE DATE OF RECEIPT OF PAYOFF REQUEST TO RESPOND TO A
REQUEST MADE UNDER THE STATUTE.

ANY AMOUNT HELD IN ESCROW AT CLOSING WILL BE SETTLED IN
ACCORDANCE WITH APPLICABLE FEDERAL LAW.

Total Amount Due is subject to: (i) receipt of
Total Amount Due on or before December 30, 2022,
and (ii) receipt of the fully executed Release
attached to this statement as Exhibit 1

**Exhibit G**                          **22/35**

**EXHIBIT 1**

(attached hereto on following page)

**Exhibit G**

9688015v1 (70661.00959.00050)

BDFI LLC
Ali Choudhri
December 12, 2022
Page 8

## RELEASE

This Release is given to Veritex Community Bank, a Texas state bank ("Lender"), in connection with that certain promissory note dated March 9, 2018, made by BDFI LLC, a New York limited liability company ("Borrower"), in favor of Green Bank, N.A., a national banking association ("Original Lender"), in the original principal amount of $18,068,906.42 (the "Note"), advanced pursuant to that certain loan agreement executed by Borrower and Original Lender, dated March 9, 2018 (the "Original Loan Agreement"), as modified by that certain Modification, Renewal and Extension Agreement, dated effective December 30, 2018, and recorded under Document No. 2019-16298 of the Real Property Records of Harris County, Texas (the "Records") (the "First Modification Agreement"), as further modified by that certain Second Modification, Renewal and Extension Agreement, dated effective March 30, 2019, and recorded under Document No. 2019-187972 of the Records (the "Second Modification Agreement"; and the Original Loan Agreement as modified by the First Modification Agreement and the Second Modification Agreement is hereinafter referred to as the "Loan Agreement"), and secured by, among other things, that certain deed of trust and security agreement (the "Deed of Trust"), dated August 8, 2018, executed by Borrower for the benefit of Original Lender and recorded as Document No. 2018-362993 in the Records, encumbering the Property (as described and defined therein), that certain Security Agreement and Uniform Commercial Code – Financing Statement–UCC1 executed by Borrower in favor of Original Lender (the "Security Agreement"), and that certain limited guaranty (the "Guaranty"), dated April 30, 2020, executed by Ali Choudhri ("Guarantor") for the benefit of Lender guarantying payment of certain amounts under the loan evidenced by the Note (the "Loan"). In addition, (x) Lender, as successor in interest by merger to Original Lender, is the current owner and holder of the Loan and all documents governing, evidencing and/or securing the Note and Loan, including, but not limited to the Note, the Loan Agreement, the Deed of Trust, Security Agreement and Guaranty (collectively, the "Loan Documents"), and (y) Galleria West Loop Investments, LLC, a Texas limited liability company ("Current Land Owner"), is the current fee owner of the Property.

The undersigned, Borrower, Guarantor and Current Land Owner (collectively, the "Releasors"), in consideration of Lender accepting a discounted payoff of the Loan (the "Discounted Payoff") and delivering a release of lien executed by Lender covering the Deed of Trust and other Loan Documents encumbering the Property (the "Release of Lien"), together with other good and valuable consideration, the receipt and sufficiency of which is hereby expressly acknowledged and confessed by Releasors, do hereby: (a) RELEASE, ACQUIT and FOREVER DISCHARGE Lender, Original Lender, their agents, servants, officers, directors, employees, attorneys and all persons, natural or corporate, in privity with them or any of them, including, but not limited to, Glen Bell and Michael Carp (herein collectively referred to as "Releasees"), from any and all claims or causes of action of any kind whatsoever which the Releasors have or might have, known or unknown, now existing or that might hereafter arise, directly or indirectly attributable to (i) the Loan, the Note, the Loan Agreement, the Deed of Trust, the Security Agreement, the Guaranty, all other Loan Documents, the Discounted Payoff and the Release of Lien), (ii) the loan (the "Collateral Loan") and loan documents described and listed on Exhibit A attached hereto (the "Collateral Loan Documents"), (iii) any and all amendments, renewals, negotiations and/or

9757511 v1 (70859.00050.000)

BDFI LLC
Ali Choudhri
December 12, 2022
Page 9

discussions regarding any of the Loan, the Loan Documents, the Collateral Loan, and/or the Collateral Loan Documents with Original Lender or Lender or any Releasees and (iv) the Property; and (b) represent and warrant to Releasees that (x) Borrower and Guarantor are currently the borrower and guarantors under the Loan and (y) Current Land Owner is the current fee title owner of the Property, which representation and warranty shall survive the execution and delivery of this Release.

EXECUTED this ____ day of December, 2022.

**RELEASORS:**

**BORROWER:**

BDFI LLC,
a New York limited liability company

By:_____
       Ali Choudhri, sole Manager and Member

THE STATE OF TEXAS       §
                               §
COUNTY OF HARRIS       §

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared Ali Choudhri, sole Manager and Member of BDFI LLC, a New York limited liability company, that executed the foregoing instrument, known to me to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of the said limited liability company, and that he executed the same as the act of such limited liability company for the purposes and consideration therein expressed and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this ____ day of December, 2022.

_____
Notary Public in and for the State of Texas

[Notarial Seal]

9757511 v1 (70859.00050.000)

**Exhibit G**                               **25/35**

BDFI LLC
Ali Choudhri
December 12, 2022
Page 10

GUARANTOR:

_____
Ali Choudhri, individually


THE STATE OF TEXAS      §
                                 §
COUNTY OF HARRIS      §

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared Ali Choudhri known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this ___ day of December, 2022.


_____
Notary Public in and for the State of Texas
[Notarial Seal]

9757511 v1 (70859.00050.000)

**Exhibit G**             **26/35**

**CURRENT LAND OWNER:**

GALLERIA WEST LOOP INVESTMENTS, LLC,
a Texas limited liability company

By: _____
Name: _____
Title: _____

THE STATE OF TEXAS       §
                             §

COUNTY OF HARRIS       §

     BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared_____, _____of GALLERIA WEST LOOP INVESTMENTS, LLC, a Texas limited liability company, that executed the foregoing instrument, known to me to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of the said limited liability company, and that he executed the same as the act of such limited liability company for the purposes and consideration therein expressed and in the capacity therein stated.

     GIVEN UNDER MY HAND AND SEAL OF OFFICE this ___ day of December, 2022.

_____
Notary Public in and for the State of Texas

[Notarial Seal]

## Exhibit "A"

Promissory note in the original principal amount of **$20,000,000.00**, dated **December 30, 2013**, executed by **50 BRIAR HOLLOW, LLC** and originally payable to **Green Bank, N.A.** ("Assignor") and any renewals, extensions, modifications or amendments thereto, said Promissory Note being secured by the liens and security interest described herein, including the Deed of Trust dated **December 30, 2013**, executed by **50 BRIAR HOLLOW, LLC** and recorded under Clerk's File No. **20130647992** of the Official Public Records of Real Property of **Harris** County, Texas, and the UCC Financial Statement recorded under Clerk's File No. **20130648364** of the Official Public Records of Real Property of **Harris** County, Texas and filed under Texas Secretary of State File No. **13-0040500063**, against the real property and improvements thereon and further described in Exhibit "A-1" attached hereto (collectively the "Property"), said liens and security interest, including any vendor's lien (expressed or implied), and the Guaranty Agreement of **Ali Choudhri** being referred to herein as the "Liens".

9688015v1 (70661.70859.00050)
**28/35**

BDFI LLC
Ali Choudhri
December 12, 2022
Page 7

## EXHIBIT C

**Release**
(attached hereto on following page)

BDFI LLC
Ali Choudhri
December 12, 2022
Page 8

## RELEASE

This Release is given to Veritex Community Bank, a Texas state bank ("Lender"), in connection with that certain promissory note dated March 9, 2018, made by BDFI LLC, a New York limited liability company ("Borrower"), in favor of Green Bank, N.A., a national banking association ("Original Lender"), in the original principal amount of $18,068,906.42 (the "Note"), advanced pursuant to that certain loan agreement executed by Borrower and Original Lender, dated March 9, 2018 (the "Original Loan Agreement"), as modified by that certain Modification, Renewal and Extension Agreement, dated effective December 30, 2018, and recorded under Document No. 2019-16298 of the Real Property Records of Harris County, Texas (the "Records") (the "First Modification Agreement"), as further modified by that certain Second Modification, Renewal and Extension Agreement, dated effective March 30, 2019, and recorded under Document No. 2019-187972 of the Records (the "Second Modification Agreement"; and the Original Loan Agreement as modified by the First Modification Agreement and the Second Modification Agreement is hereinafter referred to as the "Loan Agreement"), and secured by, among other things, that certain deed of trust and security agreement (the "Deed of Trust"), dated August 8, 2018, executed by Borrower for the benefit of Original Lender and recorded as Document No. 2018-362993 in the Records, encumbering the Property (as described and defined therein), that certain Security Agreement and Uniform Commercial Code – Financing Statement–UCC1 executed by Borrower in favor of Original Lender (the "Security Agreement"), and that certain limited guaranty (the "Guaranty"), dated April 30, 2020, executed by Ali Choudhri ("Guarantor") for the benefit of Lender guarantying payment of certain amounts under the loan evidenced by the Note (the "Loan"). In addition, (x) Lender, as successor in interest by merger to Original Lender, is the current owner and holder of the Loan and all documents governing, evidencing and/or securing the Note and Loan, including, but not limited to the Note, the Loan Agreement, the Deed of Trust, Security Agreement and Guaranty (collectively, the "Loan Documents"), and (y) Galleria West Loop Investments, LLC, a Texas limited liability company ("Current Land Owner"), is the current fee owner of the Property.

The undersigned, Borrower, Guarantor and Current Land Owner (collectively, the "Releasors"), in consideration of Lender accepting a discounted payoff of the Loan (the "Discounted Payoff") and delivering a release of lien executed by Lender covering the Deed of Trust and other Loan Documents encumbering the Property (the "Release of Lien"), together with other good and valuable consideration, the receipt and sufficiency of which is hereby expressly acknowledged and confessed by Releasors, do hereby: (a) RELEASE, ACQUIT and FOREVER DISCHARGE Lender, Original Lender, their agents, servants, officers, directors, employees, attorneys and all persons, natural or corporate, in privity with them or any of them, including, but not limited to, Glen Bell and Michael Carp (herein collectively referred to as "Releasees"), from any and all claims or causes of action of any kind whatsoever which the Releasors have or might have, known or unknown, now existing or that might hereafter arise, directly or indirectly attributable to (i) the Loan, the Note, the Loan Agreement, the Deed of Trust, the Security Agreement, the Guaranty, all other Loan Documents, the Discounted Payoff and the Release of Lien), (ii) the loan (the "Collateral Loan") and loan documents described and listed on Exhibit A attached hereto (the "Collateral Loan Documents"), (iii) any and all amendments, renewals, negotiations and/or

9757511 v1 (70859.00050.000)

**Exhibit G** **30/35**

BDFI LLC
Ali Choudhri
December 12, 2022
Page 9

discussions regarding any of the Loan, the Loan Documents, the Collateral Loan, and/or the Collateral Loan Documents with Original Lender or Lender or any Releasees and (iv) the Property; and (b) represent and warrant to Releasees that (x) Borrower and Guarantor are currently the borrower and guarantors under the Loan and (y) Current Land Owner is the current fee title owner of the Property, which representation and warranty shall survive the execution and delivery of this Release.

EXECUTED this ____ day of December, 2022.

**RELEASORS:**

**BORROWER:**

BDFI LLC,
a New York limited liability company

By:_____
Ali Choudhri, sole Manager and Member

THE STATE OF TEXAS       §
                                    §
COUNTY OF HARRIS        §

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared Ali Choudhri, sole Manager and Member of BDFI LLC, a New York limited liability company, that executed the foregoing instrument, known to me to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of the said limited liability company, and that he executed the same as the act of such limited liability company for the purposes and consideration therein expressed and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this ___ day of December, 2022.

_____
Notary Public in and for the State of Texas

[Notarial Seal]

9757511 v1 (70859.00050.000)

**Exhibit G**                               **31/35**

BDFI LLC
Ali Choudhri
December 12, 2022
Page 10

## GUARANTOR:

_____
Ali Choudhri, individually

THE STATE OF TEXAS      §
                                  §
COUNTY OF HARRIS      §

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared Ali Choudhri known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this ___ day of December, 2022.

_____
Notary Public in and for the State of Texas
[Notarial Seal]

9757511 v1 (70859.00050.000)

**Exhibit G**                                      **32/35**

BDFI LLC
Ali Choudhri
December 12, 2022
Page 11

**CURRENT LAND OWNER:**

GALLERIA WEST LOOP INVESTMENTS, LLC,
a Texas limited liability company

By: _____
Name: _____
Title: _____

THE STATE OF TEXAS            §
                              §
COUNTY OF HARRIS              §

     BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared_____, _____of GALLERIA WEST LOOP INVESTMENTS, LLC, a Texas limited liability company, that executed the foregoing instrument, known to me to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of the said limited liability company, and that he executed the same as the act of such limited liability company for the purposes and consideration therein expressed and in the capacity therein stated.

     GIVEN UNDER MY HAND AND SEAL OF OFFICE this ___ day of December, 2022.

_____
Notary Public in and for the State of Texas

[Notarial Seal]

9757511 v1 (70859.00050.000)

**Exhibit G**            **33/35**

## Exhibit "A"

Promissory note in the original principal amount of **$20,000,000.00**, dated **December 30, 2013**, executed by **50 BRIAR HOLLOW, LLC** and originally payable to **Green Bank, N.A.** ("Assignor") and any renewals, extensions, modifications or amendments thereto, said Promissory Note being secured by the liens and security interest described herein, including the Deed of Trust dated **December 30, 2013**, executed by **50 BRIAR HOLLOW, LLC** and recorded under Clerk's File No. **20130647992** of the Official Public Records of Real Property of **Harris** County, Texas, and the UCC Financial Statement recorded under Clerk's File No. **20130648364** of the Official Public Records of Real Property of **Harris** County, Texas and filed under Texas Secretary of State File No. **13-0040500063**, against the real property and improvements thereon and further described in Exhibit "A-1" attached hereto (collectively the "Property"), said liens and security interest, including any vendor's lien (expressed or implied), and the Guaranty Agreement of **Ali Choudhri** being referred to herein as the "Liens".

**Exhibit G**

9688015v1 (7066**34/35**

BDFI LLC
Ali Choudhri
December 12, 2022
Page 12

## EXHIBIT D

### Wire Instructions



IN TEXAS BANKING¶
¶
¶
**LOAN·PAYMENT·WIRE·TRANSFER·INSTRUCTIONS¶**
¶
**Route·to:**···Veritex·Community·Bank·¶
          ··ABA·113024164¶
For·Credit:··Veritex·Community·Bank·-·Loan·Ops··········¶
Account·#3300247486¶
To·further·credit·to·BDFI,·LLC·300710450¶

9757511 v1 (70859.00050.000)