# Exhibit H

**Payoff Statement**

VERITEX COMMUNITY BANK
Loan Operations
2900 N Loop West Ste 200
Houston, Tx 77092

Request date:  1/19/23
Sent by:    _ Mail _ E-mail
(check one)   _ Facsimile

## LOAN INFORMATION

MORTGAGOR: BDFI LLC

Next payment due date:   7/30/22
Loan Number: ████0450

COLLATERAL:50 BRIAR HOLLOW LANE
            HOUSTON         TX    770270000

## AMOUNT DUE

THIS STATEMENT REFLECTS THE TOTAL AMOUNT DUE UNDER THE TERMS OF THE
NOTE/SECURITY INSTRUMENT THROUGH THE CLOSING DATE WHICH IS  1/02/23.
If this obligation is not paid in full by this date, then you should
obtain from us an updated payoff amount before closing.

Total Principal, Interest and other amounts due under the
Note/Security Instrument:

| | | |
|---|---:|---|
| Unpaid Principal Balance | 18,564,709.66 | |
| Interest through  1/02/23 | 1,307,930.12 | |
| Minimum interest charge | 0.00 | |
| Late charges | 5,307.10 | |
| Prepayment penalty | 0.00 | |
| Total fees due | 65,719.57 | + 15,427.30 = 81,146.87 ① |
| Less Reductions in amount due | | |
| Escrow in Payoff | 0.00 | |
| Amortized suspense | 0.00 | |
| TOTAL AMOUNT DUE | 19,943,666.45 | + 15,427.30 = 19,959,093.75 |

If loan has a quotable per diem interest, then "Funds received
after  1/02/23 will be subject to an additional $4,125.49
of interest per day." FUNDS MUST BE RECEIVED BY 4:00 PM CT
FOR SAME-DAY PROCESSING. PAYOFFS ARE NOT POSTED ON WEEKENDS
OR HOLIDAYS. INTEREST WILL BE ADDED TO THE ACCOUNT FOR THESE DAYS.

Release of Lien processing:
 Please include lien release with payoff.

## WHERE TO SUBMIT PAYOFF FUNDS

By Wire:
Beneficiary Name:
Beneficiary/Receiving Bank: Veritex Community Bank
Beneficiary Bank ABA: 113024164
Beneficiary Bank account: ████7486
Special Information to Beneficiary:
 REF: Mortgagor Name Listed Above
By overnight Delivery:
VERITEX COMMUNITY BANK
Attention: Loan Operations
2900 N Loop West Ste 200
Houston, Tx 77092

① KRCL legal fees + expenses
through 12/30/22.
(invoice attached)

## LEGAL NOTICES

**Exhibit H**                    1/1