# Exhibit I

**Pictures of Property**

**Exhibit I-1**



**Exhibit I-1**

**Exhibit I-2**



**Exhibit I-2**

**Exhibit I-3**



**Exhibit I-3**

**Exhibit I-4**



**Exhibit I-4**







**Exhibit I-5**