IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GALLERIA WEST LOOP | § | Case No. 23-50027-cag |
| INVESTMENTS, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

## ORDER GRANTING VERITEX COMMUNITY BANK'S MOTION TO DISMISS BANKRUPTCY CASE

CAME ON FOR CONSIDERATION the *Motion to Dismiss Bankruptcy Case* (the **"Motion"**)[1] filed by Veritex Community Bank (**"Veritex"**) on January 26, 2023, seeking dismissal of the above-captioned bankruptcy case (the **"Bankruptcy Case"**) of Galleria West Loop Investments, LLC (the **"Debtor"**). The Court finds that it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that due and proper notice of the Motion has been given under the circumstances and no other or

---

[1] Capitalized terms not defined herein shall have the meanings provided in the Motion unless otherwise noted.

further notice is necessary. Having considered the Motion, any responses or objections to the Motion, the record in this mater, and all other evidence before it, and after due deliberation, the Court finds that good cause exists to grant the Motion and dismiss this Bankruptcy Case. Accordingly,

### IT IS HEREBY ORDERED THAT:

1.      The Motion is **GRANTED** as set forth herein.

2.      The Debtor's above-captioned Bankruptcy Case is hereby **DISMISSED**, and, for the avoidance of doubt, the automatic stay of 11 U.S.C. § 362(a) is hereby terminated as to the Debtor and all of its property.

3.      This Order shall be effective immediately upon entry, notwithstanding any stay periods that might otherwise apply under the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules of this Court.

4.      The Clerk of the Court shall close this matter in due course and serve a copy of this Order upon all creditors and parties in interest in this Case.

### ### END OF ORDER ###