Label Matrix for local noticing
0542-5
Case 23-50027-cag
Western District of Texas
San Antonio
Thu Jan 26 16:10:05 CST 2023

Galleria West Loop Investments, LLC
5900 Balcones Drive, Suite 100
Austin, TX 78731-4298

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

Charles Aster
Kane Russell Coleman Logan PC
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, TX 75202-3705

Michael Carp
EVP, Director of Special Assets
Veritex Bank
8214 Westchester Drive
Dallas, TX 75225-6100

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1601

Veritex Bank
Attn: President
8214 Westchester Drive, Ste. 800
Dallas, TX 75225-6114

Veritex Community Bank
c/o Joseph M. Coleman
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, Texas 75202-3705

Ron Satija
Hayward PLLC
7600 Burnet Road, Suite 530
Austin, TX 78757-1269

End of Label Matrix
Mailable recipients     8
Bypassed recipients     0
Total                   8