**Fill in this information to identify the case and this filing:**

Debtor Name    **Galleria West Loop Investments, LLC**

United States Bankruptcy Court for the:    **Western District of Texas**

Case number (*If known*):    **23-50027**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ■ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ■ *Schedule H: Codebtors* (Official Form 206H)

- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ *Amended Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __02/23/2023__
                 MM/DD/YYYY

✗ **/s/ Dward Darjean**
   Signature of individual signing on behalf of debtor

**Dward Darjean**
Printed name

**Manager**
Position or relationship to debtor

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **Galleria West Loop Investments, LLC**

United States Bankruptcy Court for the:    **Western District of Texas**

Case number (*If known*):    **23-50027**

■ Check if this is an amended filing

# Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summarize Your Assets |
| --- | --- |

**Your assets**
Value of what you own

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
   1a. **Real property:**
      Copy line 88 from *Schedule A/B* ............................................................... $   **28,000,000.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* ............................................................. $   **2,000.00**

   1b. **Total of all property:**
      Copy line 92 from *Schedule A/B* ............................................................... $   **28,002,000.00**

| Part 2: | Summarize Your Liabilities |
| --- | --- |

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................................................... $   **20,615,446.76**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F............................................... $   **0.00**

   3a. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................................... + $   **0.00**

4. **Total liabilities** .................................................................................................... $   **20,615,446.76**
   Lines 2 + 3a + 3b

**Fill in this information to identify your case:**

Debtor Name   **Galleria West Loop Investments, LLC**

United States Bankruptcy Court for the:   **Western District of Texas**

Case number (*if known*):   **23-50027**

■ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**
   ■ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                          $ _____ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**                                                          $ _____ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**
   ■ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

Description, including name of holder of prepayment

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$ _____ 0.00

---

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**
- ■ No. Go to Part 4.
- ☑ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

11. **Accounts receivable**

**11a. 90 days old or less:** _____ 0.00 − _____ 0.00 = $ _____ 0.00
    face amount                doubtful or uncollectible accounts

**11b. Over 90 days old:** _____ 0.00 − _____ 0.00 = $ _____ 0.00
    face amount                doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ _____ 0.00

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**
- ■ No. Go to Part 5.
- ☑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Name of fund or stock:

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

---

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|--------|------------------------------------------|--------------------------|--------------|
| | Name | | |

---

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes

Book value  $ _____ 0.00  Valuation method _____  Current Value  $ _____ 0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|

28. **Crops—either planted or harvested**

_____  $ _____ 0.00  _____  $ _____ 0.00

29. **Farm animals Examples: Livestock, poultry, farm-raised fish**

_____  $ _____ 0.00  _____  $ _____ 0.00

30. **Farm machinery and equipment (Other than titled motor vehicles)**

_____  $ _____ 0.00  _____  $ _____ 0.00

Copyright © Financial Software Solutions, LLC  BlueStylus

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

**31. Farm and fishing supplies, chemicals, and feed**

_____ $ _____ 0.00  _____ $ _____ 0.00

**32. Other farming and fishing-related property not already listed in Part 6**

_____ $ _____ 0.00  _____ $ _____ 0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

**34. Is any of the property listed in Part 6 perishable?**
- ☐ No
- ☑ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes

    Book value $ _____ 0.00  Valuation method _____  Current Value $ _____ 0.00

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Lobby Furniture Couches** | $ 0.00 | | 1,500.00 |
| **Lobby Wall Art** | $ 0.00 | | 500.00 |
| **40. Office fixtures** | | | |
| | $ 0.00 | | $ 0.00 |

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

| | | $ | 0.00 | | $ | 0.00 |
|---|---|---|---|---|---|---|

42. **Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles**

| | | $ | 0.00 | | $ | 0.00 |
|---|---|---|---|---|---|---|

43. **Total of Part 7**

   Add lines 38 through 42. Copy the total to line 86.

   $ **2,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   - ■ No
   - ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   - ■ No
   - ☒ Yes

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
   - ■ No. Go to Part 9.
   - ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | $ | 0.00 | | $ | 0.00 |
|---|---|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels**

| | | $ | 0.00 | | $ | 0.00 |
|---|---|---|---|---|---|---|

49. **Aircraft and accessories**

| | | $ | 0.00 | | $ | 0.00 |
|---|---|---|---|---|---|---|

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | $ | 0.00 | | $ | 0.00 |
|---|---|---|---|---|---|---|

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.

   $ **0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   - ■ No
   - ☒ Yes

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

---

**Part 9:**  **Real property**

54. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☐ No. Go to Part 6.
- ■ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1  50 Briar Hollow** | | $                0.00 | | $        28,000,000.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| $ | 28,000,000.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

---

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ■ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | $                0.00 | | 0.00 |
| 61. **Internet domain names and websites** | | | |
| | $                0.00 | | $                0.00 |
| 62. **Licenses, franchises, and royalties** | | | |

Debtor **Galleria West Loop Investments, LLC**
Name

Case number *(if known)* **23-50027**

| | | | |
|---|---|---|---|
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |

63. **Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |

64. **Other intangibles, or intellectual property**

| | | | |
|---|---|---|---|
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |

65. **Goodwill**

| | | | |
|---|---|---|---|
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$ _____ 0.00

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   - ■ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ■ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ■ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

   Description (include name of obligor)
   **Note Receivable of $8,000,000 from BDFI, LLC.**

| | | | |
|---|---|---|---|
| | 8,000,000.00 | - 8,000,000.00 | = $ _____ 0.00 |
| | Total face amount | doubtful or uncollectible accounts | |

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   Tax Year _____  $ _____ 0.00

Debtor    **Galleria West Loop Investments, LLC**          Case number *(if known)*  **23-50027**
_____
Name

73.  **Interests in insurance policies or annuities**

_____    $ _____ 0.00

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Galleria West Loop Investments LLC v. Veritex Community Bank**

**Cause No. 2023-00074**

**125th District Court, Harris County**    $ _____ Unknown

Nature of claim          **Tortious Interference et al**

Amount requested      $ _____ 0.00

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $ _____ 0.00

Nature of claim _____

Amount requested      $ _____ 0.00

76.  **Trusts, equitable or future interests in property**

_____    $ _____ 0.00

77.  **Other property of any kind not already listed Examples**: Season tickets, country club membership

_____    $ _____ 0.00

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ _____ 0.00

79  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ _____ 0.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2* | $ _____ 0.00 | |
| 82.  **Accounts receivable**. *Copy line 12, Part 3* | $ _____ 0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $ _____ 0.00 | |

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

84  **Inventory.** *Copy line 23, Part 5*      $ _____0.00

85. **Farming and fishing-related assets.** *Copy line 33, Part 6*      $ _____0.00

86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.*      $ _____2,000.00

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*      $ _____0.00

88. **Real property.** *Copy line 56, Part 9.* .................................................➔    $ ____28,000,000.00

89. **Intangibles and intellectual property.** *Copy line 66, Part 10*      $ _____0.00

90. **All other assets**. *Copy line 78, Part 11.*   ✚   $ _____0.00

91. **Total.** Add lines 80 through 90 for each column............ 91a.    $ _____2,000.00   ✚   91b. $ ____28,000,000.00

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................................    $ ____28,002,000.00

Copyright © Financial Software Solutions, LLC      BlueStylus

**Fill in this information to identify your case:**

Debtor Name     **Galleria West Loop Investments, LLC**

United States Bankruptcy Court for the:  **Western District of Texas**

Case number (*If known*):     **23-50027**

■ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible

1.   **Do any creditors have claims secured by your property?**
- ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
- ■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   Creditor's Name

**Harris County Property Tax Authority**

Describe debtor's property that is subject to a lien

**Property Tax**

$              **505,000.00**    $                **0.00**

Creditor's mailing address
**Ann Harris Bennett**
**Tax Assessor -Collector**
**P.O. BOX 3547**
**Houston, TX 77253-3547**

Creditor's email address, if known

Describe the lien

Date debt was incurred

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes.   Have you already specified the relative priority?
  - ☐ No.   Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Galleria West Loop Investments, LLC | Case number *(if known)* | 23-50027 |
|---|---|---|---|
| | Name | | |

---

**2.2**    **Creditor's Name**

**Veritex Bank**

Describe debtor's property that is subject to a lien    $ __18,000,000.00__    $ __28,000,000.00__

**Creditor's mailing address**
**Attn: President**
**8214 Westchester Drive, Ste. 800**
**Dallas, TX 75225**

Creditor's email address, if known
_____

**Describe the lien**
**50 Briar Hollow office building**

Date debt was incurred _____

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes.  Have you already specified the relative priority?
   - ☐ No.  Specify each creditor, including this creditor, and its relative priority.
      _____
   - ☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

**2.3**    **Creditor's Name**

**Caz Creek TX II, LLC**

Describe debtor's property that is subject to a lien    $ __2,091,409.91__    $ __28,000,000.00__

**2020 and 2021**

**amount approximate**

**Creditor's mailing address**
**14800 Landmark Blvd, Ste. 400**
**Dallas, TX 75254**

Creditor's email address, if known
_____

**Describe the lien**
**Transfer of Tax Lien**

Date debt was incurred _____

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes.  Have you already specified the relative priority?
   - ☐ No.  Specify each creditor, including this creditor, and its relative priority.
      _____
   - ☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | Galleria West Loop Investments, LLC | Case number *(if known)* | 23-50027 |
|---|---|---|---|
| | Name | | |

---

| **2.4** | Creditor's Name |
|---|---|

**Letsos Mechanical**

**Creditor's mailing address**
**8435 Westglen Dr**
**Houston, TX 77063**

**Creditor's email address, if known**

**Date debt was incurred**   **12/19/22**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**          $ ____19,036.85    $ ____28,000,000.00

mechanic's lien threatened

**Describe the lien**
mechanic's lien claim

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**

$ **20,615,446.76**

---

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection    agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if    you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to    be notified for any debts in Part 1, do not fill out or submit this page.

---

**Michael Carp**
Name

**EVP, Director of Special Assets Veritex Bank 8214**
**Westchester Drive**
Number          Street

_____

**Dallas**                          **TX**      **75225**
City                                  State      Zip Code

On which line in Part 1 did you enter the creditor?                              **2.2**

Last 4 digits of account number

---

**Charles Aster**
Name

**Kane Russell Coleman Logan PC Bank of America Plaza**
**901 Main Street, Suite 5200**
Number          Street

_____

**Dallas**                          **TX**      **75202**
City                                  State      Zip Code

On which line in Part 1 did you enter the creditor?                              **2.2**

Last 4 digits of account number

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor  **Galleria West Loop Investments, LLC**                    Case number *(if known)*  **23-50027**
        Name

**Fill in this information to identify your case:**

Debtor Name   **Galleria West Loop Investments, LLC**

United States Bankruptcy Court for the:   **Western District of Texas**

Case number (*If known*):   **23-50027**

■ Check if this is an amended filing

## Official Form 206H

## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Your codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 3.1  **Ali Choudhri** | **1001 West Loop S. Ste. 700**<br>Number    Street | **Veritex Bank** | ☑ D    **2.2**<br>☑ E/F<br>☑ G |
| | **Houston**    **TX**    **77027**<br>City    State    Zip Code | **Limited Guarantee** | |

**Fill in this information to identify your case:**

Debtor name     **Galleria West Loop Investments, LLC**

United States Bankruptcy Court for the:     **Western District of Texas**

Case number *(if known)*:     **23-50027**

■ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:     Income

1.  **Gross revenue from business**

    ■ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to   Filing date<br>MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None

| | Description of sources of revenue | Gross income<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to   Filing date<br>MM/DD/YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | _____ | $_____ |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| _____ Creditor's Name | _____ | $ _____ | ☐ Secured debt |
| | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| _____ Number      Street | _____ | | ☐ Services |
| _____ City                State   ZIP Code | _____ | | ☐ Other      _____ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| _____ Insider's Name | _____ | $ _____ | |
| _____ Number      Street | _____ | | |
| _____ City                State   ZIP Code | _____ | | |
| **Relationship to debtor** | | | |
| _____ | | | |

Copyright © Financial Software Solutions, LLC       BlueStylus

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | $ |
| Creditor's Name | | | |
| | | | |
| Number        Street | | | |
| | | | |
| City                    State    ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's Name | | | |
| | | | |
| Number        Street | | | |
| | Last 4 digits of account number: XXXX–_____ | | |
| City                    State    ZIP Code | | | |

---

| Part 3: | **Legal Actions or Assignments** |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor | **Galleria West Loop Investments, LLC** | | Case number *(if known)* | **23-50027** |
|---|---|---|---|---|
| | Name | | | |

| Case title | Nature of case | Creditor's name and address | Status of case |
|---|---|---|---|
| **Galleria West Loop Investments, LLC v. Veritex Community Bank** | | **Harris County District Court** | ■ Pending |
| | | Creditor's Name | ◻ On appeal |
| **Case Number** | | **125th Judicial District** | ◻ Concluded |
| | | **49 San Jacinto St #303** | |
| **2023-00074** | | Number        Street | |
| | | **Houston**            **TX**   **77002** | |
| | | City                    State   ZIP Code | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | **Case title** | **Court name and address** |
| Number        Street | **Case number** | Court's Name |
| City                    State   ZIP Code | **Date of order or assignment** | Number        Street |
| | | City                    State   ZIP Code |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Copyright © Financial Software Solutions, LLC

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| _____ | | _____ | $ _____ |
| Recipient's Name | | | |
| | | | |
| _____ | | | |
| Number      Street | | | |
| _____ | | | |
| City            State   ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5:  Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

---

**Part 6:**  **Certain Payments or Transfers**

---

11.   **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | $ |
| Recipient's Name | | | |
| | | | |
| Number        Street | | | |
| City                          State   ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12.   **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

13.   **Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | $ |

Recipient's Name

Number     Street

City                    State   ZIP Code

**Relationship to debtor**

---

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
◼ Yes. Fill in the information below.

---

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Facility Name

Number       Street

| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
|---|---|---|

City                       State    ZIP Code

Check all that apply:

☑ Electronically

☑ Paper

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☑ Yes.  State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☑   No

☑   Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☑ Yes.  Does the debtor serve as plan administrator?

☑   No. Go to Part 10.

☑   Yes. Fill in below:

| **Name of plan** | **Employer identification number of the plan** |
|---|---|

Has the plan been terminated?

☑   No

☑   Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

18.   **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____ <br> Name | XXXX– _____ | ☐ Checking | _____ | $ _____ |
| | | ☐ Savings | | |
| | | ☐ Money market | | |
| _____ <br> Number     Street | | ☐ Brokerage | | |
| _____ <br> City          State   ZIP Code | | ☐ Other _____ | | |

19.   **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name | | | ■ No <br> ☐ Yes |
| _____ <br> Number     Street | **Address** | | |
| _____ <br> City          State   ZIP Code | | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Galleria West Loop Investments, LLC | Case number *(if known)* | 23-50027 |
|--------|-------------------------------------|--------------------------|----------|
| | Name | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | ☒ No |
| | | | ■ Yes |
| Name | | | |
| | Address | | |
| Number     Street | | | |
| City          State   ZIP Code | | | |

---

**Part 11:     Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Owner's name and address | Location of the property | Description of the contents | Value |
|--------------------------|--------------------------|-----------------------------|-------|
| | | | $ _____ |
| Owner's Name | | | |
| Number     Street | | | |
| City          State   ZIP Code | | | |

---

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

---

**Part 12:**  **Details About Environmental Information**

---

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Nature of case | Creditor's name and address | Status of case |
|---|---|---|---|
| _____ | _____ | Creditor's Name | ☐ Pending |
| **Case Number** | | _____ | ☐ On appeal |
| _____ | | Number      Street | ☐ Concluded |
| | | _____ | |
| | | City               State   ZIP Code | |

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| _____ | _____ | | |
| Number      Street | Number      Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| | | | |
| Number      Street | Number      Street | | |
| City           State   ZIP Code | City           State   ZIP Code | | |

---

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25.**  **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN |
|---|---|---|
| | | EIN: _____ |
| Owner's Name | | **Dates business existed** |
| | | |
| Number      Street | | From _____ To **Present** |
| City           State   ZIP Code | | |

**26.**  **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

---

Debtor     **Galleria West Loop Investments, LLC**                    Case number *(if known)*   **23-50027**
           Name

| Name and address | Dates of service |
|---|---|
| _____ <br> Name <br><br><br> _____ <br> Number     Street <br><br> _____ <br> City                State    ZIP Code | From _____  To **Present** |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■  None

| Name and address | Dates of service |
|---|---|
| _____ <br> Name <br><br><br> _____ <br> Number     Street <br><br> _____ <br> City                State    ZIP Code | From _____  To **Present** |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■  None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| _____ <br> Name <br><br><br> _____ <br> Number     Street <br><br> _____ <br> City                State    ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■  None

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
| | Name | | |

---

**Name and address**

Name

Number        Street

City                                                    State      ZIP Code

---

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Provide details below.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| | | $ |

**Name and address**

Name

Number        Street

City                                                    State      ZIP Code

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Ali Choudhri** | **1001 West Loop South, Suite 700** <br> **Houston, TX 77027** | **100% Owner** | **0.00** |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|--------|------------------------------------------|--------------------------|--------------|
|        | Name                                     |                          |              |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|--------------------------------------|---------------------------------------------------|
|      |         |                                      | From                                              |
|      |         |                                      | To **Present**                                    |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| Recipient's Name              |                                                      |       |                                |
| Number      Street            |                                                      |       |                                |
| City          State   ZIP Code |                                                     |       |                                |
| **Relationship to debtor**    |                                                      |       |                                |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
|                                |                                                          |

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| Debtor | **Galleria West Loop Investments, LLC** | Case number *(if known)* | **23-50027** |
|---|---|---|---|
| | Name | | |

EIN: _____

32. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

◻ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:** **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **02/23/2023**
                          MM/DD/YYYY

✗ **/s/ Dward Darjean**                                          Printed name     **Dward Darjean**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     **Manager**

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

■ No.

◻ Yes.