# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

**Bankruptcy Case No.:  23–50027–cag**
**Chapter No.:**  11
**Judge:**  Craig A Gargotta

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Galleria West Loop Investments, LLC
5900 Balcones Drive, Suite 100
Austin, TX 78731
**SSN/TAX ID:**
xxx–xx–2423

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

for Debtor on **7/24/23**                    for Joint Debtor (if any) on **N/A**

Dated:  7/24/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]